D.C. 365, 196 F.2d 600, certiorari denied, 1952, 344 U.S. 826, 73 S.Ct. 27. And since the other points raised were all without merit, the judgment is affirmed.

Affirmed.

## John H. CALOMERIS, Appellant v. UNITED STATES of America, Appellee.

### No. 11367.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 6, 1953.

Decided Jan. 6, 1953.

William B. Harris, Washington, D. C., with whom Curtis P. Mitchell, Washington, D. C., was on the brief, for appellant. B. Dabney Fox and Frank D. Reeves, Washington, D. C., also entered appearances for appellant.

Joseph M. Howard, Asst. U. S. Atty., Washington, D. C., with whom Charles M. Irelan, U. S. Atty. and John D. Lane, Asst. U. S. Atty., Washington, D. C., were on the brief, for appellee.

Before EDGERTON, PRETTYMAN and BAZELON, Circuit Judges.

PER CURIAM.

Appellant was convicted of illegal sale, 26 U.S.C. § 2553(a), and of illegally facilitating the concealment and sale, 21 U.S.C. § 174, of narcotics. His motion below to suppress certain evidence was properly denied. Brinegar v. United States, 1949, 338 U.S. 160, 69 S.Ct. 1302, 93 L.Ed. 1879; and Mills v. United States, 1952, 90 U.S.App.